AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States<br>*Plaintiff*<br>v.<br>Timothy O'Connor<br>*Defendant* | )<br>)<br>) Case No. 2:23mj135<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Timothy O'Connor

Date: 07/06/2023

*Attorney's signature*

S. M. Griffin, Jr. VA 87585
*Printed name and bar number*
999 Waterside Drive
Suite 2525
Norfolk, VA 23510

*Address*

marshall@griffinlawdefense.com
*E-mail address*

434-0198
*Telephone number*

*FAX number*